Kenneth Lannell FRAZIER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46313.

Missouri Court of Appeals,
Western District.

Jan. 12, 1993.

Robert E. Steele, Jr., Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

---

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

---

STATE of Missouri, Respondent,

v.

Alexander ABREU, Appellant.

No. WD 45423.

Missouri Court of Appeals,
Western District.

Jan. 12, 1993.

Marcie W. Bower, State Public Defenders Office, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of trafficking drugs in the second degree, § 195.223.2(2), RSMo Supp.1992, and from sentence of fifteen years' imprisonment.

Judgment affirmed. Rule 30.25(b).